**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| CHARLES EDDIE FOSTER, JR., <br> ADC #147301 | * <br> * <br> * | |
| Plaintiff, | * | |
| vs. | * | No. 4:10-cv-01416- SWW-JJV |
| | * | |
| BOYD TACKETT, JR. | * | |
| | * | |
| Defendants. | * | |

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. This dismissal should be counted as a "strike" within the meaning of 28 U.S.C § 1915(g).

DATED this 10th day of November, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE